UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ETHEL KELLY,

                                   Plaintiff,

-against-

CITY OF NEW YORK and DETECTIVE
GREGORY SMITH, Individually and in his official
capacity as a New York City Police Detective,

                                   Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

11 Civ. 3685 (LAK) (MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/12

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

James Greenberg & Associates, P.C.
*Attorneys for Plaintiff*
363 Seventh Avenue, Suite 400
New York, NY 10001
(212) 545-7337

By: _____
    James Greenberg, Esq.
    *Attorney for Plaintiff*

Dated: New York, New York
       November 29, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street
New York, NY 10007
(212) 788-1336

By: _____
    Steven M. Silverberg
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

12/7/12